# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
302 351 9106
jtigan@mnat.com

November 6, 2019

**BY E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   *Roche Diagnostics Corp. v. Meso Scale Diagnostics, LLC.*,
            C.A. No. 17-189 (LPS) (CJB)

Dear Chief Judge Stark:

      The parties have met and conferred in an attempt to work out a stipulation regarding how the jury should be informed about the 2010-2015 Chancery Court and related proceedings. Although the parties have not yet reached agreement, we continue to work at finding a mutually acceptable stipulation.  The parties propose to include this issue as part of the joint status report that will be submitted on November 8, 2019, and, if necessary, to address the issue with the Court on November 12, 2019, prior to jury selection.

      The parties are in agreement that a statement of some kind should be provided to the jury and that the entire Chancery Court decision should not be admitted.

                                                      Respectfully,

                                                      */s/ Jeremy A. Tigan*

                                                      Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of Court (by hand delivery)
         All Counsel of Record (by e-mail)